UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ASHLEY TAKOUNI,

    Plaintiff,

-vs-                                           Case No. 10-10493
                                                  Hon. Anna Diggs Taylor

VIKING COLLECTION SERVICE, INC.,
BONDED COLLECTION CORPORATION,

    Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL**

Having been advised by the stipulation of the parties below, it is ordered that the claims against all Defendants are dismissed with prejudice and without costs, attorney fees or sanctions to any party.

The court retains jurisdiction only for purposes of enforcing the settlement in this matter.

**So ordered**.

DATED: July 14, 2010                                **s/Anna Diggs Taylor**
                                                            ANNA DIGGS TAYLOR
                                                            UNITED STATES DISTRICT

## **CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Stipulated Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on July 14, 2010.

                                                                   s/Johnetta M. Curry-Williams
                                                                    Case Manager

Stipulated To By:

s/ Julie A. Petrik
Julie A. Petrik (P47131)
Attorney For Plaintiff
Lyngklip & Associates Consumer Law Center, PLC
Southfield, MI 48075
(248) 208-8864
JuliePetrik@Att.Net

s/ by consent Gregory Neidle
Gregory Neidle (P-59273)
Attorney for Viking Collection Service, Inc.
Dobbs & Neidle, P.C.
30150 Telegraph Rd. Suite 410
Bingham Farms, MI 48025
(248) 723-9511
gneidle@dobbsneidle.com

s/ by consent Richard Smith
Richard Smith (P-36668)
Attorney for Bonded Collection Corporation
Blake, Kirchner, Symonds, Larson, Kennedy & Smith, PC
535 Griswold Street, Suite 1400
Detroit, MI 48226
(313) 961-7321
rps@blakekirchner.com